

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Robert Christopher Young, Appellant

No. 06-17-00195-CR          v.

The State of Texas, Appellee

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. F14829). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of $350.00 in attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Robert Christopher Young, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 2, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk